**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 08-cv-01350-AP

DELORES LEVINE,

    Plaintiff,

    v.

MICHAEL J. ASTRUE,
Commissioner of Social Security,

    Defendant.
_____

**JOINT CASE MANAGEMENT PLAN FOR SOCIAL SECURITY CASES**
_____

**1.    APPEARANCES OF COUNSEL AND PRO SE PARTIES**

| For Plaintiff: | For Defendant: |
| --- | --- |
| Terry S. Fjeld, Attorney<br>402 South Weber Street<br>P.O. Box 17564<br>Colorado Springs, CO 80903<br>719-520-5385<br>tsfjeld@aol.com | TROY A. EID<br>United States Attorney<br>KEVIN TRASKOS<br>Deputy Chief, Civil Division<br>United States Attorney's Office<br>District of Colorado<br>Kevin.Traskos@usdoj.gov<br><br>Debra J. Meachum<br>Special Assistant United States Attorney<br>1961 Stout Street, Suite 1001A<br>Denver, Colorado 80294<br>(303) 844-1570<br>(303) 844-0770 (facsimile)<br>debra.meachum@ssa.gov |

**2.    STATEMENT OF LEGAL BASIS FOR SUBJECT MATTER JURISDICTION**

The Court has jurisdiction based on section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

**3.    DATES OF FILING OF RELEVANT PLEADINGS**

    **A. Date Complaint Was Filed:** 7/15/08
    **B. Date Complaint Was Served on U.S. Attorney's Office:** 7/16/08
    **C. Date Answer and Administrative Record Were Filed:** 9/15/08

**4.    STATEMENT REGARDING THE ADEQUACY OF THE RECORD**

    **A.** Plaintiff states that the administrative record is adequate.
    **B.** Defendant states that the administrative record is adequate.

**5.    STATEMENT REGARDING ADDITIONAL EVIDENCE**

    **A.** Plaintiff states that she does not intend to submit additional evidence.
    **B.** Defendant does not intend to submit additional evidence. Defendant reserves the right to respond to any additional evidence that Plaintiff submits.

**6.    STATEMENT REGARDING WHETHER THIS CASE RAISES UNUSUAL CLAIMS OR DEFENSES**

    **A.** Plaintiff states that the case does not raise any unusual claims or defenses.
    **B.** Defendant, to the best of his knowledge, states that he is not aware of any unusual claims or defenses in this case.

**7.    OTHER MATTERS**

    **A**. Plaintiff states that there are no other matters.
    **B.** Defendant states that there are no other matters.

**8.    BRIEFING SCHEDULE**

    **A. Plaintiffs Opening Brief Due:**     11/17/08
    **B. Defendant's Response Brief Due:**   12/17/08
    **C. Plaintiffs Reply Brief (If Any) Due:** 1/9/09

9. **STATEMENTS REGARDING ORAL ARGUMENT**

    A. **Plaintiffs Statement:** Plaintiff does not request oral argument.
    B. **Defendant's Statement:** Defendant does not request oral argument.

10. **CONSENT TO EXERCISE OF JURISDICTION BY MAGISTRATE JUDGE**

    All parties have not consented to the exercise of jurisdiction of a United States Magistrate Judge.

11. **OTHER MATTERS**

    THE PARTIES FILING MOTIONS FOR EXTENSION OF TIME OR CONTINUANCES MUST COMPLY WITH D.C.COLO.LCivR 7.1© BY SUBMITTING PROOF THAT A COPY OF THE MOTION HAS BEEN SERVED UPON THE MOVING ATTORNEY'S CLIENT, ALL ATTORNEYS OF RECORD, AND ALL PRO SE PARTIES.

12. **AMENDMENTS TO JOINT CASE MANAGEMENT PLAN**

    The Plan may be altered or amended only upon a showing of good cause.

    DATED this 6th day of October, 2008.

    BY THE COURT:

    *S/John L. Kane*
    U.S. DISTRICT COURT JUDGE

APPROVED:

For Plaintiff:

s/Terry S. Fjeld
Terry S. Fjeld, Attorney
402 South Weber Street
P.O. Box 17564
Colorado Springs, CO 80903
719-520-5385
tsfjeld@aol.com

For Defendant:

TROY A. EID
United States Attorney

KEVIN TRASKOS
Deputy Chief, Civil Division
United States Attorney's Office
District of Colorado
Kevin.Traskos@usdoj.gov

s/ Debra J. Meachum
Debra J. Meachum
Special Assistant U.S. Attorney
1961 Stout Street, Suite 1001A
Denver, Colorado 80294
(303) 844-1570
Debra.meachum@ssa.gov